UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ALEX TOLOZANO,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference previously scheduled for October 23, 2024 is adjourned to **December 3, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of Defendant, by and through Defendant's counsel, David S. Greenfield (Dkt. No. 28), and with the consent of the Government, by and through Assistant United States Attorney Sebastian Swett, it is further ordered that the time between October 23, 2024 and December 3, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will permit defense council to review recently produced discovery and it will allow the parties to continue discussions regarding a potential pre-trial disposition.

Dated: New York, New York
       October 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge