UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ALEX TOLOZANO,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for December 3, 2024, is adjourned to **January 7, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. There will be no further adjournments.

        Upon the application of Defendant, by and through Defendant's counsel, David S. Greenfield (Dkt. No. 30), and with the consent of the Government, by and through Assistant United States Attorney Sebastian Swett, it is further ordered that the time between December 3, 2024 and January 7, 2025 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pre-trial disposition.

Dated: New York, New York
       November 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge