LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

January 6, 2025

<u>Via ECF</u>

Hon. Paul G. Gardephe
United States District Court Judge
  Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Alex Tolozano</u>, 24-cr-482 (PGG)

Dear Judge Gardephe:

I am counsel to defendant Alex Tolozano. I write, with no objection from the government, to respectfully request a one-week adjournment of the status conference currently scheduled for January 7, 2025.

The reason for the request is that I have doctor appointments this week due to unexpected medical issues.

Accordingly, with no objection from the government, the defense respectfully requests that the January 7, 2025 status conference be adjourned for one-week.

Mr. Tolozano consents to the exclusion of Speedy Trial time until the new date.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/
David S. Greenfield

cc: All Parties (via ECF)

MEMO ENDORSED
The Conference is adjourned to Wednesday, January 15, 2025, at 12:30 p.m.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Jan. 6, 2025