LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

January 13, 2025

**MEMO ENDORSED**

*The conference scheduled for January 15, 2025 will not proceed. Defense counsel will advise the Court by Friday January 17, 2025, when his health will permit him to appear for a conference.*

**Via ECF**

Hon. Paul G. Gardephe
United States District Court Judge
 Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Alex Tolozano**, 24-cr-482 (PGG)

**SO ORDERED:**

/s/ Paul G. Gardephe

Paul G. Gardephe, U.S.D.J.

Dated: January 14, 2025

Dear Judge Gardephe:

I am counsel to defendant Alex Tolozano. I write, with no objection from the government, to request that the status conference currently scheduled for Wednesday January 15, 2025 proceed telephonically and that the defendant's appearance be waived.

The parties are in plea negotiations which we anticipate coming to a conclusion in the next few weeks. The government would still like to proceed with the status conference. Due to an on-going health issue, I respectfully request that the conference proceed telephonically. The government also has no objection to Mr. Tolozano's appearance being waived.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:     All Parties (via ECF)