UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ALEX TOLOZANO,

Defendant.

**ORDER**

24 Cr. 482 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Trial in this matter will commence on **April 21, 2025, at 9:30 a.m.** in Courtroom 705, 40 Foley Square, New York, New York.

Motions in limine, proposed voir dire, and requests to charge are due on **March 14, 2025**. Responsive papers, if any, are due on **March 21, 2025.**

Dated: New York, New York
January 22, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge