UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>ALEX TOLOZANO,<br><br>      Defendant. | **ORDER**<br><br>24 Cr. 482 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    A change-of-plea hearing will take place in this matter on **February 19, 2025, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
     February 12, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge