LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

July 1, 2025

<u>VIA ECF</u>

Hon. Paul G. Gardephe
United States District Court Judge
 Southern District of New York
40 Foley Square
New York, NY 10007

**Re: <u>United States v. Alex Tolozano</u>, 24-cr-482 (PGG)**

Dear Judge Gardephe:

    I am counsel to defendant Alex Tolozano. I write, with no objection from the government, to respectfully request a 60-day adjournment of Mr. Tolozano's sentencing, currently scheduled for July 16, 2025.

    I am currently scheduled for surgery in mid-July and the adjournment would allow me sufficient time to adequately prepare.

    Therefore, with no objection from the government, I respectfully request a 60-day adjournment of Mr. Tolozano's sentencing.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

**MEMO ENDORSED:**

The application is granted. Defendant Tolozano's sentencing is adjourned to September 3, 2025, at 3:00 p.m. Tolozano's sentencing submission is due by August 20, 2025. The Government's sentencing submission is due by August 27, 2025. In the event that the Government intends to seek an order of restitution or an order of forfeiture at sentencing, it will include any proposed order(s) with its sentencing submission, along with an explanation of how the restitution and/or forfeiture amounts were calculated

Respectfully submitted,

/s/

David S. Greenfield

SO ORDERED.

_[signature]_
_____
Paul G. Gardephe
United States District Judge

Date: July 2, 2025