LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

**MEMO ENDORSED**

August 19, 2025

*Handwritten endorsement:* The application is granted. There will be no further adjournments. Sentencing will take place on October 1, 2025 at 2:00 p.m. The Defense sentencing submission is due on September 15, 2025, and the Government's submission is due on September 22, 2025.

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court Judge
  Southern District of New York
40 Foley Square
New York, NY 10007

**SO ORDERED:**

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: August 19, 2025

Re: <u>United States v. Alex Tolozano, 24-cr-482 (PGG)</u>

Dear Judge Gardephe:

    I am counsel to defendant Alex Tolozano. I write, with no objection from the government, to respectfully request an adjournment of Mr. Tolozano's sentencing, currently scheduled for September 3, 2025, to the first week of October.

    I need additional time to obtain materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Tolozano's behalf, including letters of support.

    Therefore, with no objection from the government, I respectfully request that the Court reschedule Mr. Tolozano's sentencing to the first week of October and adjourn the sentencing submission dates accordingly.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

cc:    All Parties (via ECF)