LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

September 26, 2026

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Alex Tolozano, 24-cr-482 (PGG)**

Dear Judge Gardephe:

I was CJA counsel to Alex Tolozano. I am writing to respectfully request that the Court order the return of Mr. Tolozano's passport, which was surrendered as part of his pre-trial release.

On October 1, 2025, the Court sentenced Mr. Tolozano to six months imprisonment and three years of supervised release, the first six months of which are to be served under home confinement. Mr. Tolozano served his custodial sentence and was released on or around May 20, 2026.

I am writing to respectfully request that the Court order the return of Mr. Tolozano's passport. AUSA Jerry Fang has no objection to the instant request.

Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David Greenfield

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
**Date: September 28, 2026**

cc: All Parties (via ECF)